

# United States District Court
# Eastern District of California

| Elisa Daher | Case Number: 2:24-cv-02611-JAM-SCR |

Plaintiff(s)

V.

| County of Sacramento, et al | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Kevin Opoku-Gyamfi hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Elisa Daher

On 07/15/2019 (date), I was admitted to practice and presently in good standing in the State Bar of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/26/2024                Signature of Applicant: /s/ Kevin Opoku-Gyamfi

**Pro Hac Vice Attorney**

Applicant's Name: Kevin Opoku-Gyamfi
Law Firm Name: BraunHagey & Borden LLP
Address: 118 W 22nd Street, 12th Floor
City: New York   State: NY   Zip: 10011
Phone Number w/Area Code: (646) 829-9403
City and State of Residence: Bronx, NY
Primary E-mail Address: opokugyamfi@braunhagey.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Matthew Borden
Law Firm Name: BraunHagey & Borden LLP
Address: 747 Front Street, 4th Floor
City: San Francisco   State: CA   Zip: 94111
Phone Number w/Area Code: (415) 599-0210   Bar #: 214323

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 09/30/2024

/s/ John A. Mendez
JUDGE, U.S. DISTRICT COURT