

United States District Court
Eastern District of California

| Elisa Daher in her individual capacity, et al |
|---|
Plaintiff(s)

Case Number: 2:24-cv-02611-DC-SCR

V.

| County of Sacramento, et al |
|---|
Defendant(s)

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Keisha James hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Plaintiff Elisa Daher in her individual capacity and as successor-in-interest of Jaime Naranjo

On 06/26/2019 (date), I was admitted to practice and presently in good standing in the State Bar of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 12/16/2024                Signature of Applicant: /s/ Keisha James

**Pro Hac Vice Attorney**

Applicant's Name: Keisha James
Law Firm Name: National Police Accountability Project
Address: P.O. Box 56386

City: Washington   State: DC   Zip: 20040
Phone Number w/Area Code: (202) 557-9791
City and State of Residence: Washington, D.C.
Primary E-mail Address: keisha.npap@nlg.org
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Matthew Borden
Law Firm Name: BraunHagey & Borden LLP
Address: 747 Front Street, 4th Floor

City: San Francisco   State: CA   Zip: 94111
Phone Number w/Area Code: (415) 599-0210   Bar #: 214323

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 12/16/2024

Dena Coggins
United States District Judge