

# United States District Court
# Eastern District of California

Elisa Daher in her individual capacity, et al.

Plaintiff(s)

Case Number: 2:24-cv-02611-DC-SCR

V.

County of Sacramento, et al.

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Tala H. Brewster
_____hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Plaintiff Elisa Daher in her individual capacity and as successor-in-interest of Jaime Naranjo

On _____01/10/2024_____ (date), I was admitted to practice and presently in good standing in the
_____State Bar of New York_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____01/21/2026_____        Signature of Applicant: /s/ ____Tala H. Brewster_____

**Pro Hac Vice Attorney**

Applicant's Name: Tala H. Brewster

Law Firm Name: BraunHagey & Borden

Address: 200 Madison Avenue, 23rd Floor

City: New York    State: NY    Zip: 10016

Phone Number w/Area Code: (646) 681-5539

City and State of Residence: New York, NY

Primary E-mail Address: tbrewster@braunhagey.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Matthew Borden

Law Firm Name: BraunHagey & Borden LLP

Address: 747 Front Street, 4th Floor

City: San Francisco    State: CA    Zip: 94111

Phone Number w/Area Code: (415) 599-0210    Bar # 214323

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 11, 2026

Dena Coggins
United States District Judge