# United States District Court
# Eastern District of California

Elisa Daher

Plaintiff(s)

V.

County of Sacramento, et al.

Defendant(s)

Case Number: 2:24-cv-02611-DC-SCR

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Sara Flinn hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Elisa Daher, in her individual capacity and as successor-in-interest of Jaime Naranjo

On September 4, 2026 (date), I was admitted to practice and presently in good standing in the State Bar of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/16/2026

Signature of Applicant: /s/ Sara Flinn

**Pro Hac Vice Attorney**

Applicant's Name: Sara Flinn

Law Firm Name: National Police Accountability Project

Address: 556 Central Ave, Suite 2

City: Kansas City State: KS Zip: 66101

Phone Number w/Area Code: 503-201-0401

City and State of Residence: Brooklyn, NY

Primary E-mail Address: sara@nlg-npap.org

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Matthew Borden

Law Firm Name: BraunHagey & Borden LLP

Address: 747 Front Street, 4th Floor

City: San Francisco State: CA Zip: 94111

Phone Number w/Area Code: (415)599 0210 Bar # 214323

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 24, 2026

Dena Coggins
United States District Judge